UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In Re:  Case No.: 2−19−20498−PRW
Chapter: 7

Donna M Ford

SSN: xxx−xx−7385

Debtor(s)

**\*\*ACTION IS REQUIRED\*\*   NextGen CM/ECF is coming June 24!
<u>Click here</u> to prepare and avoid e−filing delays.**

## CASE OPENING DEFICIENCY

**To the Debtor(s) and Debtor(s)' Attorney:**

**The following case opening deficiencies are noted and must be promptly corrected:**

- Mailing Matrix appears to contain incomplete addresses.

**<u>To e−file</u>:**
− Bankruptcy > Other > Notice of Change of Address

**The Clerk's office is available for additional questions and training at (585) 613−4200.**

Date: May 17, 2019              Lisa Bertino Beaser, Clerk of the Bankruptcy Court
                                By: A. Andrews, Deputy Clerk

Form defyBK2/Doc 7
www.nywb.uscourts.gov