## United States Bankruptcy Court
### Western District of New York

In re: **Donna M Ford**  
Debtor(s)

Case No. **2-19-20498**  
Chapter **7**

# NOTICE OF CHANGE OF ADDRESS FOR CREDITOR (GENERIC)

**The Creditor's former mailing address was:**

Name: **Citizens Bank**

Address:

**Please be advised that effective May 17, 2019,**
**The Creditor's new mailing address is:**

Name: **Citizens Bank**

Address: P.O. Box 7092
Bridgeport, CT 06601-7092

/s/ Michael A. Furlano
**Michael A. Furlano**
Authorized Signer/Title